UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>              Plaintiff,<br><br>         v.<br><br>LUXURY MOTORCARS, LLC; et al.,<br><br>              Defendants. | No.  2:20-cv-00639-KJM-KJN<br><br><br><br>ORDER |

On July 28, 2020, the court issued a minute order, ECF No. 6, ordering plaintiff to file a declaration within fourteen days as to the status of this case, or in the alternative, a request for default.  The court notes plaintiff's counsel Daniel Malakauskas has repeatedly missed deadlines in other cases pending before the undersigned, and has offered brief statements of contrition and apology, but little in the way of explanation.

Here, the fourteen days have passed, and plaintiff's counsel has not filed the declaration or a request for default as required.  He is now ORDERED to show cause why the declaration was not timely filed or why he should not be sanctioned $500 or have the case dismissed for failure to prosecute, or both.

IT IS SO ORDERED.

Dated:  August 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE